Michael J. Bettinger (SBN 122196)
mbettinger@sidley.com
Irene Yang (SBN 245464)
irene.yang@sidley.com
Sue Wang (SBN 286247)
sue.wang@sidley.com
Saurabh Prabhakar (SBN 300891)
sprabhakar@sidley.com
SIDLEY AUSTIN LLP
555 California Street, Ste. 2000
San Francisco, California 94104
Telephone: (415) 772-1200
Facsimile: (415) 772-7400

Richard A. Cederoth (*pro hac vice*)
rcederoth@sidley.com
SIDLEY AUSTIN LLP
One South Dearborn
Chicago, Illinois 60603
Telephone: (312) 853-7000
Facsimile: (312) 853-7036

*Attorneys for Defendants Microsoft Corp. and LinkedIn Corp.*

Robert F. Kramer (SBN 181706)
rkramer@feinday.com
M. Elizabeth Day (SBN 177125)
eday@feinday.com
David Alberti (SBN 220625)
dalberti@feinday.com
Sal Lim (SBN 211836)
slim@feinday.com
Russell Tonkovich (SBN 233280)
rtonkovich@feinday.com
Marc Belloli (SBN 244290)
mbelloli@feinday.com
FEINBERG DAY KRAMER ALBERTI
LIM TONKOVICH & BELLOLI LLP
577 Airport Boulevard, Suite 250
Burlingame, California 94010
Telephone: (650) 825-4300
Facsimile: (650) 460-8443

*Attorneys for Plaintiff Express Mobile, Inc.*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| EXPRESS MOBILE, INC. <br><br> Plaintiff, <br><br> v. <br><br> MICROSOFT CORPORATION and LINKEDIN CORPORATION, <br><br> Defendants. | Case No. 3:20-cv-06152-RS <br><br> **STIPULATION AND ORDER REGARDING DEFENDANTS' MOTION TO SEVER AND AGREEMENT REGARDING SEVERANCE FOR TRIAL** |

1    IT IS HEREBY STIPULATED by and between Plaintiff Express Mobile, Inc. and
2    Defendants Microsoft Corporation ("Microsoft") and LinkedIn Corporation ("LinkedIn")
3    (collectively, "Defendants"), subject to the approval of the Court, as follows:
4    WHEREAS, on December 30, 2020, Defendants filed a Motion to Sever and Consolidate for
5    Pretrial Purposes contending that LinkedIn had been improperly added to Plaintiff's lawsuit against
6    Microsoft in violation of 35 U.S.C. § 299 and requesting that the allegations and claims against
7    LinkedIn be severed into a separate case and consolidated with this one for pretrial purposes (Dkt.
8    53);
9    WHEREAS, on January 13, 2021, Plaintiff responded to Defendants' motion stating it "does
10   not oppose severance of this matter into two jury trials at the Court's discretion at the pretrial
11   conference" but requested that the Court defer such severance until the pretrial conference (Dkt. 55);
12   WHEREAS, the parties agree that Microsoft and LinkedIn are entitled to separate trials, but
13   that for administrative ease, the allegations and claims against Defendants can proceed as one case
14   for pretrial purposes, provided that is acceptable to the Court;
15   WHEREAS, the parties agree that Defendants' motion to sever is moot in view of the parties'
16   lack of disagreement on severance for trial;
17   NOW, THEREFORE, pursuant to Civil Local Rule 7-12, the parties hereby stipulate that,
18   subject to the Court's approval, Defendants will withdraw their motion to sever (Dkt. 53) (such
19   withdrawal shall not constitute waiver of any objection to improper joinder) and the parties agree to
20   separate trials for Microsoft and LinkedIn, subject to the Court's approval.
21   IT IS SO STIPULATED.

23   Dated: January 21, 2021

25   By: */s/  Irene Yang*                          By: */s/  Robert F. Kramer*

26   Michael J. Bettinger (SBN 122196)              Robert F. Kramer (SBN 181706)
27   mbettinger@sidley.com                          rkramer@feinday.com
     Irene Yang (SBN 245464)                        M. Elizabeth Day (SBN 177125)
28   irene.yang@sidley.com                          eday@feinday.com

- 1 -

| | |
|---|---|
| Sue Wang (SBN 286247) | David Alberti (SBN 220625) |
| sue.wang@sidley.com | dalberti@feinday.com |
| Saurabh Prabhakar (SBN 300891) | Sal Lim (SBN 211836) |
| sprabhakar@sidley.com | slim@feinday.com |
| SIDLEY AUSTIN LLP | Russell Tonkovich (SBN 233280) |
| 555 California Street, Ste. 2000 | rtonkovich@feinday.com |
| San Francisco, California 94104 | Marc Belloli (SBN 244290) |
| Telephone: (415) 772-1200 | mbelloli@feinday.com |
| Facsimile: (415) 772-7400 | FEINBERG DAY KRAMER ALBERTI LIM TONKOVICH & BELLOLI LLP |
| Richard A. Cederoth (*pro hac vice*) | 577 Airport Boulevard, Suite 250 |
| rcederoth@sidley.com | Burlingame, California 94010 |
| SIDLEY AUSTIN LLP | Telephone: (650) 825-4300 |
| One South Dearborn | Facsimile:  (650) 460-8443 |
| Chicago, Illinois 60603 | |
| Telephone: (312) 853-7000 | *Attorneys for Plaintiff Express Mobile, Inc.* |
| Facsimile: (312) 853-7036 | |

*Attorneys for Defendants Microsoft Corp. and LinkedIn Corp.*

## SIGNATURE ATTESTATION

Pursuant to Civil Local Rule 5-1(i)(3), I hereby certify that concurrence in the filing of this document has been obtained from each of the other signatories shown above.

Dated: January 21, 2021                                     By: */s/ Irene Yang*
                                                                                  Irene Yang

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: January 22, 2021

_____
Honorable Richard Seeborg
UNITED STATES DISTRICT JUDGE

- 2 -